IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02840-BNB

ANN LEMBERG,

    Plaintiff,

v.

CL VENTURES,
WOODHAVEN MANAGEMENT,
LINDA TRAPANI,
DAVID THORNSTON, and
DERIK GHALSTON,

    Defendants.

---

ORDER DISMISSING CASE

---

    Plaintiff, Ann Lemberg, resides in Denver, Colorado. On October 17, 2013, she filed *pro se* a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). She was granted leave to proceed *in forma pauperis* pursuant to § 1915.

    On October 18, 2013, Magistrate Judge Boyd N. Boland ordered Ms. Lemberg to file within thirty days an amended Complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Instead of complying with the October 18 order, Ms. Lemberg, on October 29, 2013, filed a notice of voluntary dismissal with prejudice.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Ms. Lemberg "may dismiss an action without a court order by filing: (i) a notice of dismissal

before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Respondent in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the dismissal is without prejudice, unless otherwise stated. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See *Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the instant action is dismissed with prejudice pursuant to the notice of voluntary dismissal with prejudice (ECF No. 5) that Plaintiff, Am Lemberg, filed *pro se* on October 29, 2013. It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 29, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  1st  day of   November  , 2013.

BY THE COURT:


   s/Lewis T. Babcock
   LEWIS T. BABCOCK, Senior Judge
   United States District Court